No. 940.   HILL PACKING Co. *v.* CITY OF NEW YORK ET AL.   May 12, 1947.   *Per Curiam:* The judgment is affirmed. *Rice* v. *Board of Trade of Chicago,* 331 U. S. 247.   MR. JUSTICE REED and MR. JUSTICE RUTLEDGE agree only that probable jurisdiction should be noted.   *Arnold J. Brock* for appellant.

No. 1294.   DOBBS *v.* MISSISSIPPI.   May 12, 1947.   *Per Curiam:* The appeal is dismissed.   Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied. *Ex parte Hawk,* 321 U. S. 114; *Mooney* v. *Holohan,* 294 U. S. 103.   MR. JUSTICE MURPHY is of the opinion that certiorari should be granted.   *Forrest B. Jackson* and *S. D. Redmond* for appellant.